RECEIVED
IN ALEXANDRIA
SEP 28 2009
TONY R. MOORE
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| QUINDALE ADDISON<br>D.O.C.#367461 | DOCKET NO: 09-CV-304; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| JAMES LEBLANC, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(b) **ONLY as to the following defendants:** **James LeBlanc, The GEO Group Inc./CCA,** and **Tim Wilkinson**.

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 27th day of September, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE